IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gonzalez, Sergio

Printed: 12/02/08

Case Number: 08 B 17858
Judge: Wedoff, Eugene R
Filed: 7/11/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: October 16, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 700.00 |  |
| Secured: |  | 200.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 454.02 |
| Trustee Fee: |  | 45.98 |
| Other Funds: |  | 0.00 |
| Totals: | 700.00 | 700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Joseph Wrobel Ltd | Administrative | 2,000.00 | 454.02 |
| 2. | Monterey Financial Services | Secured | 1,660.87 | 200.00 |
| 3. | Litton Loan Servicing | Secured | 31,355.00 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 1,220.00 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 653.39 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 924.25 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 1,755.33 | 0.00 |
| 8. | Monterey Financial Services | Unsecured | 3,875.37 | 0.00 |
| 9. | Fremont Investment & Loan | Secured |  | No Claim Filed |
| 10. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
|  |  |  | $ 43,444.21 | $ 654.02 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 13.90 |
| 6.6% | 32.08 |
|  | $ 45.98 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gonzalez, Sergio

Printed: 12/02/08

Case Number: 08 B 17858
Judge: Wedoff, Eugene R
Filed: 7/11/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

